# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF VIRGINIA
# Norfolk Division

**OKSANA MARINARO,** *et al.,*

                        Plaintiff(s),

                                                     Case No. 2:23cv462

**VIRGINIA BEACH CITY PUBLIC SCHOOLS,** *et al.,*

                        Defendant(s),

## JUDGMENT IN A CIVIL CASE

**Decision by the Court.** This action came for decision before the Court. The issues have been considered, and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED that** Marinaro's Motion for Extension, Dkt. No. 60, is DISMISSED as moot; Lewis's Motion to Withdraw Counsel, Dkt. No. 68, is GRANTED; Marinaro's Motion to Remove, Dkt. No. 61, is DISMISSED as moot; Marinaro's Motion for More Definite Statement, Dkt. No. 79, is DENIED; Marinaro's Motion to File Amended Opposition, Dkt. No. 81, is GRANTED; Marinaro's Motion to File Surreply, Dkt. No. 93, is GRANTED; Marinaro's Motion to File Surreply, Dkt. No. 95, is GRANTED; the School Board Defendants' Motion to Dismiss, Dkt. No. 73, is GRANTED; Lewis's Motion to Dismiss, Dkt. No. 70, is GRANTED as to the federal claims asserted against Lewis and such claims are DISMISSED with prejudice; the Court declines to exercise supplemental jurisdiction over the state law claims asserted against Lewis, and these claims are DISMISSED without prejudice; Marinaro's Motion to File Amendment, Dkt. No. 99, is DISMISSED as moot; Marinaro's Amended Motion to File Amendment, Dkt. No. 107, is DENIED; Marinaro's Motion to Appoint Representative, Dkt. No. 77, is DISMISSED as moot; and this civil action is DISMISSED.

DATED: September 18, 2025

                                                          FERNANDO GALINDO, Clerk

                                                   By:   /s/
                                                   E. Price, Deputy Clerk